

*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## AT BALTIMORE

| | | |
|---|---|---|
| IN RE: | | |
|     GREGG L. BATY, | * | Case No.: 09-33483 |
| | * | Chapter 11 |
|     Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

GREGG L. BATY,                          *
                                        *
    Movant                            *
vs.                                     *
                                        *
PNC FINANCIAL SERVICES                  *
GROUP, f/k/a NATIONAL CITY BANK         *
                                        *
    Respondent.                       *

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING MOTION TO AVOID LIEN

    Having considered the Debtors' *Motion To Determine Status And Avoid Lien Pursuant To Section 506(a)*, and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. Sec. 506 and for the reasons set forth in the case of <u>Johnson v. Asset Management Group, LLC</u>, 226 B.R. 364 (D. Md. 1998), it is by the United States Bankruptcy Court for the District of Maryland,

    ORDERED, that the Second/Junior Mortgage Lien of Respondent, per Debtor's Schedule D, be and is hereby deemed wholly unsecured; and it is further

    ORDERED, that at such time as a Discharge Order is entered, pursuant to 11 U.S.C. Sec. 1328, in this case, the second/junior mortgage lien held in favor of Respondent on Debtor's real property described as: 3309 Serenity Way, Owings Mills, Baltimore County, Maryland 21117, shall be void, and it is further

  ORDERED, that the Respondent, PNC Financial Services Group f/k/a/ National City Bank, shall remove its second/junior mortgage lien from the land records of the appropriate county; and it is further

  ORDERED, that the Second/Junior Mortgage Lien claim of Respondent, per Debtor's Schedule D, herein shall be treated as a general unsecured claim under the Debtor's plan.

cc:
Respondent
Debtor
Debtor's attorney
Office of the U.S. Trustee
Chapter 13 Trustee

END OF ORDER
2 of 2